1. { James Lynn O'Hines 147067
2. { Jackson Mabley K86424
3. { Box 3400 1040
4. { ASPC Florence Browning
5. { Florence Az 85232
6.
7.   '08 CV 1209 LAB PCL
8.   9th District Federal Courts
9.   of Arizona and California
10.  Phoenix and San Diego
11.  — joinder to Missouri
12.  Eastern Federal District
13.                                    Phoenix Az 85232 #
14.                                    San Diego Ca 92101 #
15.                                    St. Louis Mo, 63119 #
16. { Thomas Lynn O'Hines
17.         v.
18. { Warden John Ontiveros Ombudsman
19. { Gallagher c/o                    CALIFORNIA STATE
20. { Pico c/o      * 916/324/5437     ATTY GEN OFFICE
21. { Moronez c/o                      1300 I Street Ste 1740
22. { Helms c/o                        Sacramento Ca 95814
23. { Peace Officer Association Union c/o s. et al.
24. { FRCiv p. 5 (c) Numerous Defendants.
25.
26. § [Torn] Tort Claim under 42 USC 1983 Civil Rights §
27.   Jurisdiction and Venue
28.   Computer Crime on Internet Websites.
29.
1. #

FILED
JUL -1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ___  1983 ✓
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ___  No ✓
COPIES SENT TO
Court ✓  ProSe ___

1. (A)  All Additional Defendants are Listed as:
2. Pods or Units of computer audio video tech
3. Assistants public to private domain San
4. Diego to Phoenix - via - Internet Web site
5. Norwalk Los Angeles Ca Santa Barbara +
6. Ventura - Oxnard Lancaster to Silver City NM.
7. (B).    Kern County, Kings County Internal
8. Affairs w/ ALLSTATE Ins Co   and GEICO Ins Co.
9. United Way and Alpha Biotech Health Systems
10. Inc. as: Auto Collision Network Repair shops *
11. Home family assessment Real estate Evaluations
12. Life Health care officers for private complexes
13. Occupational Safety consultant w/ Disabled persons.
14. at: Florence Az - c/o Williams - Stringfellow - Elzy
15. (C). Dan Hagan Linda Kowolski Joe Guiterrez Debbie
16. Kowolski North Park/Hillcrest/Golden Hills/San
17. Diego : Rehab - Auto Body - Real estate ***
18. Mission Hills Fitzgerald - Smith
19. (D) Detective(s) Thompson Green Howie for Allstate
20. AAA (Triple A) San Diego - Phoenix - Santa Barbara
21. (E) Mt. View Ca  Mt. View Az  Mt. View Mo.
22. Tom Metzger Militia w/ Tatto Inc Wilshire
23. Blvd. Los Angeles Ca.
24. (F) Mexican - Asian Alliance St. Thomas of Aquinis
25. Parish Police of Moose Lodges for polish -
26. english (anti - irish indian) ... "Z Group"
27. Ruiz - Orriz - Martinez - Hernandez - Alvarez - Guiterrez
28. Vasquez - Rodriguez - Elzy w/ Tom Metzger

1.   (F).<u>c</u> Yamamoto Togasheba Wong Uranga McEnroe
2.   Tarrangtino Tultama Erlison Ramirez
3.   Galaza - Boushowicz - Zimmerman - Garcia
4.   (G.) Counselors - Sasrraija Ford Fildenmaker-
5.   Smith Alhambra to Buckeye to Florence
6.   Arizona Dept. of Corrections
7.   (H). ICC Committees persons: Stewart, Ibers Bijns,
8.   Court Ford.
9.   (I) Union from = Sacramento Auburn Blvd men. Stewart-
10.  Henderson Gaston Rodriguez Vasquez Ortiz +++
11.  (J) Healer & law officers McGowan McCabe
12.  fiv Tatto Mo Inc. contracted Doctors to ADOC
13.  CDC employment w/ Missouri Dept. of Corrections
14.  Dr. Leone Dr. Weaver Dr. Miller Dr. Mussoud
15.  Dr. Bichon Dr. Stualitu Dr. Stieshoser Dr. Baker
16.  Dr. Lee and Medical Tech. Assistants - (all).
17.  (K). Lewis Roberts Munos Andrews Collier Smith
18.  Hissong Thompson Hine Garcia Marcorris Agoos
19.  C/o's Gutierrez Kowalski Stovall Elzy.
20.  (L). Missouri to Arizona Fishers of Fenton, Mo.
21.  Bennett of St. Louis Mo. also Richard
22.  Martinez Victor Alpino C/o Annis - C/o Garcia -
23.  C/o J. Rice (Ramos - Dill - Robicheaux Black C/o's.) #
24.  ——— Conglomeration of Arizona C/o's w/ special
25.  attention to = Agents Peters, Martinez Urbino,
26.  Moroser, Ramirez Ferrill Caldwell McEnroe,
27.  Elzy Gay police officers w/ Greg Pico and
28.  Gallagher - Osmond - Adverse to plaintiff. #
29. 
3. #

1. 18 USCA § 1961 (4) RICO Act Alcohol Tobacco
2. and Fire arms for Gun Control Law Injunctions
3. w/ TIRO's and Garnishment of Wages on all
4. % owners of Liquor Licensed businesses.
5. denial of Venue = Judge and Jury.
6. Parish areas = San Diego, Santa Barbara, Phoenix
7. Pinal County civil complaint Hinas v. Priessi
8. 2008 00031. Civil Disobediance United States
9. v. Turkette 452 US 576  101 SCt 2524 (1981).
10.    Pattern of Racketeering must be proved =
11. Associations fact exist as Group of people.
12.
13. § Previous Lawsuits Exhaustion of Remedies §
14. Yes. 3 Strikes. serious physical injury
15. Yes. Imminent Dangers Yes. Conditions of
16. Incarceration under Duress. Illegal Classification
17. Committees. and Overfamiliar supervisor E's
18. and computer audio video techs Internet
19. Infringements of public and private domains
20.
21. § Adverse to plaintiff from parole Region of California §
22. Medical care unfinished or haphazardly preformed
23. malformed to medically disable right leg of plaintiff,
24. is an imminent health risk. blood circulation and
25. lipoids body fats. blood transfusion for medically
26. transferred I/m cruel unusual treatment w/ out a
27. diet that is 1500 calories a day to sustain
28. good health. post op surgery – Psych treated.
29.

1. Private Property taken for public use
2. and not compensated for Reverse Racial
3. Discriminations by c/o Moronez a
4. bi-lingual word meaning "Brown" vs.
5. White Semitula indian c/o Helms interpreted:
6. Elm Street Lodge of Masonic Temple Webster
7. Groves Mo. husband = (Jim McGowen White)
8. Moose Lodge of Minnesota 2 Brown-White
9. Militia for c/o Tony Lavol Los Angeles Ca
10. R.N.M. Stutt - personally provided ways and
11. means to currently fight plaintiff to other I/os.
12. a grey political color of neutrality --- ---
13. § Over familiarly and Familial Relations all c/os. §
14.
15. § Song Lyrics private property 17 USCA § 501 §
16. Stolen for Keith Urban Kevin Sharp Kurt Kallin
17. 18 USCS § 2319 -2320 ⓒ Copy-right infringement
18. 17 USCA § § 106 - 602 ⓒ
19.
20. § Fashion Designer cousins Kenneth and Paula Colo §
21. of Orlando Florida, Los Angeles are associated
22. to Mexican c/os as Martinez, Galaza,
23. Moronez, Guiterrez, Helms et al and
24. Versace designer items have been placed
25. strategically at home and on person to threaten
26. after entertainment business infringement occurred.
27. St. Louis Mo. to San Diego to Phoenix Az.
28. as a Gay Mafia threat of = c/os herein listed.

5#

1. ) Extortive tactics verbally slanderous and to
2. defame good character inside prison confinement
3. audible to other inmates to further attempt to
4. coordinate a racial non-compatible fight
5. with suicide prevention assistants for psych
6. employment personnel Sgt K. McClellan
7. Sgt Hirokawa Sgt Sisters all other Sgts at
8. Arms supervising positions in Security Mags.
9. Unit after a Hospice service was provided
10. to petitioner's Mother that is HIV+ discriminatory
11. all defendants involved suite to suite.
12.
13. ) Child of plaintiff 1990 DOB St Louis Mo to
14. San Diego Ca to Santa Barbara Ca to Phoenix
15. 2004 grossly and negligently supervised
16. w/ Behavioral Science Health & Law offices
17. present and accounted for as Florence personally
18. or on computer telephonic systems of plaintiff.
19.
20. ) Los Angeles County orientated theft Narcotics Ring )
21. of Homosexual and Lesbian %s w/ L.A. Ram
22. Tony Davis now St. Louis Mo. Rams Football
23. team - (Expose two drug convictions and sentence)
24. to deny Star Herrebury Leslie W11 protection Act
25. Reimbursement of surgery, property, employment,
26. child custody --- Norwalk Calif L.A. County.
27. P.R.E.A. Law. S. 1435. Custodial and
28. non custodial sexual harassment of Hall
29. and Martinez Henderson Gaston Pierson of L.A.
6.

1. Place of Incarceration from Atascadero State
2. Hospital illegal - Good Samaritan Hospital
3. place of arrest from Far Cue Bathouse & Bar
4. w/ Auto Collision Networked officers club use
5. of motor vehicles: Gutierrez - Martinez - Moronez
6.   A.R.S. # 38 537 Designation of State
7. Motor Vehicles Voc Rehab of adult start up
8. businesses to provide jury judge victim
9. Edward Quintara Bernander a security guard
10. for Goodyear Guaranteed Tires. of Varrio Logan
11. a Mexican Mafia organized crime business.
12.   ARS- 0 38 538.02 Autos not to be
13. provided to employees for personal use nor
14. employees to assault by ambush w/ others
15. in a pre-concurrent conspiracy parallel to
16. re-incarcerate.
17.   Institutional Classification's Committee
18. Rule Violations Housing to Ad-Seg to S.M.U. II
19. A.R.S. 14-1604 A-6 A-8 C. Moronez
20. %. Delms Ardotas, Stewart, Scanlan Washburn
21. Jiminez False Reports to ICC Committee -
22. provocative debare of audio hypnosis - Time
23. Compensation denied when % are accessory
24. to programs defective for rehabilitation objectives.
25.
26. Indian Tribe Eligibility = 42 uscs / 3006 14 40 CFR /
27. 146.3  42 uscs / 9601 (36). Federal Transfer
28. to Reservation and /or Federal penitentiary
29.
30.

1. of Florence State Prison do not effectively
2. house plaintiff w/ our Reverse Racial
3. Discriminations of Affirmative Action
4. Supervision of Parole supervision as
5. supervisors of computer south coordinators
6. w/ maximum black inmates and Medical
7. psychiatric south deliberately indifferent
8. to SSU squad Agents Tactics of
9. inmate activity interventions non-
10. comparable associations to force racial
11. association over Segregation. 18 USCA §
12. 2385. Criminal Anarchy. Viet Nam Vets C/os
13. with Sgts and Associate Wardens for
14. insubordination as Militia Unit Union
15. activity. Patrick V Bryor 486 US 94
16. 100-01, 108 Sct. 1658 - 1663 (1988).
17.
18. Strawbridge V. Curtiss 7 US 3 cranch 262 1806
19. police dept V. Mosley 408 US 92 95 92
20. Sct 2286 2290 1972
21. Chicago Miracle Temple Church Inc V. Fox
22. 1995 901 F. supp N.D Ill piecemeal
23. conspiracy on 7.5.1.
24. Brady V. Maryland 373 US 8383 Sct 1194
25. United States V. Torres 751 F2d 875 7thCir
26. 1984. Morrissey V. Brewer 408 US 471 (1972)
27. Travis V. United States 364 US 631 (1961)
28. July 1st 2008
29. [signature]
30.

Memorandum / Supplement

1. United States Federal District The Ninth Circuit Clerk.
2. Southern District of California
3. 880 Front Street Room 4240 San Diego Ca 92101-8900
4. Central District of California
5. 312 North Spring Street Room 68 Los Angeles Ca 90012
6. Phoenix District of Arizona
7. 401 W. Washington Ste 130    Phoenix-Az 85003-2118.
8.
9. James Lynn Hines 192067
10. aka Jackson Mullon K86489
11. Native American Name: "Yellow Fox"
12. Racial Orientation (Asian, white.)
13.
14.        V.
15. Doe Roe et al. Does "Numerous Defendants"
16. Federal Civil Rules of Procedure 8. (a).
17. (See: List of 1-A.)
18. Dep. Warden Tsern - Bijas. at Florence.
19.
20. and ... Attorney for the State of Arizona
21. Kasia Mehu
22. 1275 W. Washington Street
23. Phoenix Az. 85007
24. (602)- 542. 5025
25. Attorney for the State of California
26. 1300 I Street Ste 1740
27. Sacramento Ca 95814
28. (916)- 324- 5437.

        1.#

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

**DEFENDANTS**

Ontiveros, et al

FILED
JUL - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James Lynn O'Hines
PO Box 3400
Florence, AZ 785232
197067

ATTORNEYS (IF KNOWN)

'08 CV 1209 LAB PCL

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE                    Docket Number

DATE  7/1/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller