1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JAMES LYNN O'HINES,
CDCR #K-86989,
ADC #197067,

                                    Plaintiff,

vs.

JOHN ONTIVEROS, Warden, et al.,

                                    Defendants.

Civil No.   08-1209 LAB (PCL)

**ORDER DISMISSING CIVIL
ACTION WITHOUT PREJUDICE
FOR FAILING TO PAY
FILING FEE REQUIRED
BY 28 U.S.C. § 1914(a)
AND/OR
FAILING TO MOVE TO
PROCEED *IN FORMA PAUPERIS*
PURSUANT TO 28 U.S.C. § 1915(a)**

Plaintiff, an inmate currently incarcerated at the Arizona State Prison Complex in Florence, Arizona, and proceeding pro se, has filed a civil rights Complaint.

**I.**

**FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS**

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay this filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

///

K:\COMMON\EVERYONE\_EFILE-PROSE\LAB\08cv1209-dsm-no-pay-IFP.wpd          -1-          08cv1209

1    *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d

2    1176, 1177 (9th Cir. 1999).

3          Here, Plaintiff has neither prepaid the $350 filing fee required to commence a civil action,

4    nor has submitted a Motion to Proceed IFP.  Therefore, this case is subject to immediate

5    dismissal pursuant to 28 U.S.C. § 1914(a).

6                                              **II**.

7                              **CONCLUSION AND ORDER**

8          For the reasons set forth above, the Court hereby:

9          (1)     **DISMISSES** this action sua sponte without prejudice for failing to pay the $350

10   filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

11         (2)     **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is "Filed"

12   to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed

13   IFP which includes a certified copy of his trust account statement for the 6-month period

14   preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and S.D. CAL. CIVLR

15   3.2(b).

16         **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the

17   Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma*

18   *Pauperis*."  If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the

19   enclosed Motion to Proceed IFP within that time, this action shall remain dismissed without

20   prejudice and without further Order of the Court.

21

22   DATED:  July 11, 2008

23   *Larry A. Burns*

24   **HONORABLE LARRY ALAN BURNS**
     United States District Judge

25

26

27

28